FILED

2020 OCT -2 PM 1:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
JACKSONVILLE DIVISION

3:20-CV-1127-HES-PDB

BRANDON STEVENS, CLARK GRIESHEIMER, ~~MICHAEL ELLER,~~
CLARENCE GRIFFIN, RONALD CROW,

MARK INCH, FLORIDA DEPARTMENT
OF CORRECTIONS,
    DEFENDANTS
    —————————————

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(PRISONER COMPLAINT)

RECEPTION AND MEDICAL CENTER
DATE 9-29-20
INMATE INITIALS BS

I  THE PARTIES TO THIS COMPLAINT

A) THE PLAINTIFF(S)

(HEAD PLAINTIFF)  ("REPRESENTIVE OF RECORD")
BRANDON STEVENS
FDC# 041756
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

(CO-PLAINTIFF #1)
CLARK GRIESHEIMER
FDC# B 30175
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

(CO-PLAINTIFF #2)
MICHAEL ELLER
FDC# X16035
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

* MR. ELLER WISHES NOT TO GO FORTH WITH THIS CLAIM*

( CO - PLAINTIFF #3 )
CLARENCE GRIFFIN
FDC# P80755
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

( CO - PLAINTIFF #4 )
RONALD CROW
FDC# E47372
RMC - WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

3.) THE DEFENDANT(S)

DEFENDANT #1 (ONE)
FLORIDA DEPARTMENT OF CORRECTIONS
501 SOUTH CALHUN STREET
TALLAHASSEE FL 32399

☐ INDIVIDUAL CAPACITY    ☑ OFFICIAL CAPACITY

DEFENDANT #2 (TWO)
MARK INCH
DEPARTMENT OF CORRECTIONS - FLORIDA - SECRETARY
SHIELD NUMBER:
FLORIDA DEPARTMENT OF CORRECTIONS
501 SOUTH CALHUN STREET
TALLAHASSEE FL 32399

☑ INDIVIDUAL CAPACITY    ☑ OFFICIAL CAPACITY

II BASIS FOR JURISDICTION

A.) ARE YOU BRINGING SUIT AGAINST:

☐ FEDERAL OFFICIALS (A BIVENS CLAIM)

☑ STATE OR LOCAL OFFICIALS (A § 1983 CLAIM)

B.) DEFENDANTS # ONE AND TWO VIOLATED THE 8TH AMENDMENT OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA.

C: )

SECTION II C DOES NOT APPLY

D: )

ALL OFFICERS AND WORKERS FOR THE FLORIDA DEPARTMENT OF CORRECTIONS (DEFENDANT # ONE) ARE PROVIDED WITH A CLOTH FACE COVERING (KN95 GB2626-2006 CE) FOR THE PREVINTION OF SPREADING COVID-19. .

AS DEFINED IN THE 11TH EDITION OF THE BLACKS LAW DICTIONARY A STATE IS AN INSTITUTION (SUCH AS THE FLORIDA DEPARTMENT OF CORRECTION: DEFENDANT # ONE) THAT IS TO SAY A SYSTEM OF RELATIONS WHICH MEN ESTABLISH AMONG THEMSELVES AS MEANS OF SECURING CERTAIN OBJECTS OF WHICH THE MOST FUNDIMENTAL IS A SYSTEM OF ORDER WITHIN AND THIER ACTIVITIES CAN BE CARRIED ON.

MODERN STATES (SUCH AS DEFENDANT # ONE) ARE TERETORIAL, THEY EXERCIZE CONTROL OVER PERSONS AND THINGS WITHIN THIER FRONTIERS.

UNDER COLOR OF USAGE OF THE DEPARTMENT OF CORRECTIONS, FLORIDA (DEFENDANT # ONE) MANY OFFICERS AND OTHER WORKERS OF THE FLORIDA DEPARTMENT OF CORRECTIONS (DEFENDANT # ONE) HAVE PUT EACH PLAINTIFF IN SUBJECTION TO CRUEL AND UNUSUAL PUNISHMENT. .

As each plaintiff, is a prisoner under punishment in the care, custody and control of the Florida Department of Corrections (Defendant # one) such usage of Defendant # one where the officers and workers did not properly wear thier cloth face coverings, went from one dormatory where other plaintiff(s) were quarintined to another dormatory where other plaintiff(s) may or may not have been quarintined without wearing proper protection gear and but not limited to disregaurding guidlines put in place by the CDC is a violation of the plaintiffs eighth amendment of the constitution for the United States of America.

To where the CDC released to the public that the COVID-19 virus is spread mainly through aerosolized particles which can suspend in the air and drift more than six feet. CDC emphasized on the importance of indoor ventilation stating singing and breathing are 2 ways having been added to the ways COVID-19 can go airborne.

Such actions by the officers and workers of Defendant # one as seen in section IV: statement of claim, has placed each plaintiff to be potentionally exposed to the COVID-19 virus, arbitrarily.

Such a violation of the supreme law of the land does remove the immunity of both Defendant # one and Defendant # two.

AS DEFENDANT # TWO IS RESPONSIBLE FOR OVER SEEING THE PRODUCTIVITY OF DEFENDANT # ONE THE ACTIONS TAKEN BY DEFENDANT # ONE IS THE RESPONSIBILITY OF DEFENDANT # TWO. SUCH ACTIONS TAKEN UNDER THE AUTHORITY OF DEFENDANT # TWO BY DEFENDANT # ONE MAKES DEFENDANT # TWO AN ACCOMPLICE TO DEFENDANT # ONE.

III
PRISONER STATUS!

INDICATE WHETHER YOU ARE A PRISONER OR OTHER CONFINED PERSON AS FOLLOWS:

[ ] PRETRIAL DETAINEE
[ ] CIVILLY COMMITTED DETAINEE
[ ] IMIGRATION DETANLEE
[X] CONVICTED AND SENTENCED DETAINEE (STATE PRISONER)
[ ] CONVICTED AND SENTENCED DETAINEE (FEDERAL PRISONER)
[ ] OTHER: (EXPLAIN)

IV STATEMENT OF CLAIM!

A:]. IF THE EVENTS ARISED OUTSIDE AN INSTITUTION, DESCRIBED WHERE AND WHEN THEY AROSE:
     N/A

B:] IF THE EVENT GIVING RISE TO YOUR CLAIM AROSE IN AN INSTITUTION, DESCRIBE WHERE AND WHEN THEY AROSE.

"C" AND "D" ARE INCLUDED IN THE FOLLOWING INFORMATION:

PROVIDED TO EACH PLAINTIFF IS A MEMO DETAILING WHAT A CDC APPROVED CLOTH FACE COVERING IS AND HOW IT IS TO BE WORN, THE MEMO STATES IN BULLET POINT FORM AS ; CLOTH FACE COVERINGS SHOULD:

* FIT SNUGGLY BUT COMFORTABLY AGAINST THE SIDES OF FACE.

* BE SECURE WITH TIES OR EARLOOPS

* INCLUDE MULTIPLE LAYERS OF FABRIC.

IN AUGUST 2020 MANY OF THE PLAINTIFFS WERE PLACED UNDER QUARINTINE DUE TO THE WIDE SPREAD OF COVID - 19.
FOR A SHORT TIME OFFICERS AND WORKERS FOR DEFENDANT # ONE WHERE TAKING THE PROPER PRECANSIONS WHEN INTERACTING WITH THE PLAINTIFFS BY WEARING KN95 GB2626-2006 CE CLOTH FACE COVERINGS AND ANTI - CONTAMINATION GOWNS WITH GLOVES.
AS TIME WENT ON THE OFFICERS AND WORKERS FOR THE FLORIDA DEPARTMENT OF CORRECTIONS (DEFENDANT # ONE) ARBITRARYLY DECIDED NOT TO CONTINUE TO TAKE THE NESSICARY PRECAUTIONS TO PREVENT THE POTENTIAL SPREAD OF THE COVID - 19 VIRUS. THE OFFICERS AND WORKERS OF DEFENDANT # ONE HAVE CONTINUALY INTERACTED WITH DORMITORIES UNDER QUARINTINE WITHOUT WEARING PROTECTIVE GEAR AND COMING INTO CONTACT WITH OTHER DORMITORIES THAT MAY OR MAY NOT HAVE BEEN UNDER QUARINTINE.

THE HEAD PLAINTIFF, BRANDON STEVENS, DID TAKE NOTE OF A 48 HOUR PERIOD WHICH PROVIDED TANGIBLE EVIDENCE TO WHERE ON SEPTEMBER 9, 2020 THROUGH SEPTEMBER 10, 2020 OFFICERS AND WORKERS OF THE FLORIDA DEPARTMENT OF CORRECTIONS DID:

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 1055 HOURS OFFICER A SCOTT DID ENTER THE OFFICER'S STATION IN CHARLIE DORM WITHOUT HER CLOTH FACE COVERING PROPERLY INTACT.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 0800 HOURS TO 0900 HOURS OFFICER'S FOR THE DEPARTMENT OF CORRECTIONS (DEFENDANT # ONE) ENTERED CHARLIE DORM THROUGH THE LAUNDRY ROOM DOOR WITH MEDICAL STAFF TO TAKE EACH PLAINTIFF'S TEMPATURE. THIS WAS DONE WHILE THE OFFICER AND MEDICAL STAFF WERE NOT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 1215 HOURS OFFICER JOYNER AND OFFICER HENDRY CONDUCTED WITHOUT WEARING PROTECTIVE GEAR OR THIER PROVIDED KN95 CLOTH FACE COVERINGS AN FORMAL COUNT FOR CHARLIE DORM

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 1305 HOURS OFFICER HENDRY ENTERED CHARLIE DORM WITHOUT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 1355 HOURS OFFICER HENDRY CONDUCTED LOCKER SEARCHES WITHOUT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 4:00 PM THE MEDICAL WORKERS WERE ALLOWED TO INTERACT WITH CHARLIE DORM WITHOUT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 4:20 PM SGT. O'STEEN AND OFFICER HENDRY CONDUCTED A FORMAL COUNT WITHOUT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 9 2020 AT APPROXAMENTLY 6:35 PM OFFICER THOMPSON DID A SECURITY CHECK INSIDE CHARLIE DORM AT WHICH TIME OFFICER THOMPSON DID NOT HAVE HER CLOTH FACE COVERING PROPERLY PLACED COVERING HER NOSE.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 7:00 PM SGT. COMBEE ENTERED THE OFFICER'S STATION WITHOUT A MASK.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 7:12 PM SGT COMBEE AND OFFICER THOMPSON BOTH EXITED THE OFFICER'S STATION WITHOUT A MASK AND WITHOUT THE PRACTICE OF SOCIAL DISTANCING.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 7:20 PM BOTH SGT COMBEE AND OFFICER THOMPSON RE-ENTERED THE OFFICERS STATION WITHOUT THE WEARING OF CLOTH FACE COVERINGS NOR PRACTICING SOCIAL DISTANCING.

ON SEPTEMBER 9, 2020 AT APPROXAMENTLY 7:35 PM SGT COMBEE AND OFFICER THOMPSON CONDUCTED A FORMAL COUNT IN CHARLIE DORM WHERE-IN OFFICER THOMPSON DID REMOVE HER CLOTH FACE COVERING TO ADDRESS THE DORM.

ON SEPTEMBER 9, 2020 SGT COMBEE EXITED THE OFFICER'S STATION WITHOUT WEARING HER CLOTH FACE COVERING. AT APPROXAMENTLY 7:42 PM.

ON SEPTEMBER 10, 2020 AT APPROXAMENTLY 0607 HOURS OFFICER SHAFFNER ENTERED THE OFFICER'S STATION WITHOUT WEARING A CLOTH FACE COVERING.

ON SEPTEMBER 10, 2020 CAPTIN GREEN ENTERED THROUGH A SIDE DOOR OF CHARLIE DORM WITH HIS CLOTH FACE COVERING WORN BELOW HIS NOSE. AT APPROXAMENTLY 0720 HOURS.

ON SEPTEMBER 10, 2020 AT APPROXAMENTLY 0748 HOURS OFFICER SHAFFNER LOWERED HIS CLOTH FACE COVERING TO ADDRESS THE DORM.

ON SEPTEMBER 10, 2020 OFFICER SHAFFNER AND OFFICER PADGET CONDUCTED A FORMAL COUNT. OFFICER SHAFFNER'S CLOTH FACE COVERING WAS NOT PROPERLY WORN THUS TOOK PLACE AT APPROXAMENTLY 0806 HOURS.

ON SEPTEMBER 10, 2020 OFFICER SHAFFNER APPROACHED THE HEAD PETITIONER, BRANDON STEVENS, TO SPEAK WITH HIM AT APPROXAMENTLY 1025 HOURS OFFICER SHAFFNER DID HAVE HIS CLOTH FACE COVERING LOWERED WHILE SPEAKING.

ON SEPTEMBER 10, 2020 AT APPROXAMENTLY 4:05 PM MEDICAL WORKERS WERE ALLOWED TO INTERACT WITH CHARLIE DORM WITHOUT WEARING PROTECTIVE GEAR.

ON SEPTEMBER 10, 2020 AT APPROXAMENTLY 6:13 PM OFFICER THOMPSON CONDUCTED HER SECURITY CHECK WITHOUT WEARING PROTECTIVE GEAR.

LET THE RECORD REFLECT THAT THE FORE GOING TIMELINE CAN BE VIEWED THROUGH THE SECURITY CAMERA FOOTAGE FOR THE SIDE ONE OF CHARLIE DORMITORY AT THE RMC WEST UNIT. ALL OFFICER'S AND MEDICAL STAFF/WORKERS MENTIONED THROUGHOUT SEPTEMBER 9, 2020 AND SEPTEMBER 10 2020 INTERACTED WITH PRISONERS IN CHARLIE DORM WHO WHERE AT THE TIME OF SEPTEMBER 9, 2020, and SEPTEMBER 10, 2020 UNDER COVID-19 QUARNTINE AND DID NOT WEAR THE REQUIRED ANTI-CONTAMINATION GOWNS (PROTECTIVE GEAR)

THE FOLLOWING ARE BRIEF STATEMENTS FROM SOME OF THE PLAINTIFFS:

During My time here at the Reception and Medical Center has been really hard on Me since the Covid 19 pandemic Started. It took a while For Us to be given Masks, the staff who works here Choose not to Wear them properly or even the proper Masks.

As I write this letter it has been 6 weeks that I have been under quarantine, and one person has died and two other people have been rushed to the hospital From my living quarters.

With all this happening the Staff here has continued Not to wear protective gear. This has caused me extreme emotional distress. I'm at an age that makes me more sesetible to contracting the Covid 19 virus.

As well I'm cautious about discussing the things that go on in here at the prison, with loved ones for Fear that the staff will retaliate in a negative way. Along with putting this burden and stress apon my parents whom are both elderly and would be overly worried to the point of there own sickness.

My sentence to prison did not include the possibility of death or a death sentence, which is now a constant Fear and worry.

Clark M Griesheimer
B-30175

[signature]

in The Past weeks i Have become very worried about my Health. People in my dorm Have gotten sick with Covid 19 virus, and one Has died. i'm very disturbed by How much The People That work at This Prison That don't take This virus serious. The staff most of The time don't wear CDC approved Face coverings. and on multiple occassons Dont wear The Face coverings Properly. The very things That im told todo. Such as wear my Face covering and Practice social distancing are not Practiced by the Prison Staff.

Michael Eller

Michael Eller

I've delt with alot of stress also nightmares, because there are people here who have gotten so sick that two have died after they had gone to the hospital from my dorm C-1. The people who work here are not following the rules that have been put in place. I have choosen not to grive, because I do not want the officer's to do me harm.


Clarence Griffin
P80755
Clarence Griffin

THE PLAINTIFFS HAVE BEEN ADVISED BY THE FLORIDA
DEPARTMENT OF CORRECTION (DEFENDANT #ONE) THAT THE
FAILURE TO PROPEALY WEAR THIER ISSUED CLOTH FACE
COVERINGS WILL RESULT IN DISAPLINARY ACTION.
LIKEWISE OFFICERS AND WORKERS ARE SUBJECTED TO
DISAPINARY ACTIONS IF THEY ARE FOUND TO BE NOT
PROPERLY WEARING THIER CLOTH FACE COVERINGS OR
ALLOWING THE PLAINTIFFS TO DO SO.
MANY A TIME WORKERS OFFICERS AND PLAINTIFFS ALIKE
ARE NOT DISAPLINED ACCORDINGLY BECAUSE OF DEFENDANT #
TWO'S FAILURE TO CONTINUOUSLY MONORTOR THE CONDUCT
OF THE PEOPLE UNDER HIS AUTHORITY. WHICH HAS
ALLOWED THE POTENTIAL UNNESCESSARY SPREAD OF
SUCH A DEADLY VIRUS AS COVID-19; WHICH HAS
ALREADY TAKEN THE LIVES OF TWO PRISONERS WHO
WHERE RESIDING IN CHARLIE'S SIDE ONE DORMATORY.

V. INJURIES;
    SEE SECTION VI

VI   RELIEF:

EACH PLAINTIFF IS SEEKING 95,000.00 FROM EACH OF
THE TWO DEFENDANTS, THE PLAINTIFFS HAVE SUFFERED GRAVE
EMOTIONAL STRESS BECAUSE OF THE ARBITRARY ACTIONS
TAKEN BY THE OFFICERS AND WORKERS OF DEFENDANT # ONE.
BY DEFENDANT # TWO BEING THE RESPONSIBLE OVERSEER OF
DEFENDANT # ONE THE PLAINTIFFS ARE ASKING THE COURT
TO RULE HOLDING BOTH DEFENDANT # ONE AND DEFENDANT
# TWO LIABLE.

VII   ADMINISTRATIVE EXHAUSTION OF REMEDIES AND PROCEEDURES:

A:) DID YOUR CLAIM(S) ARISE WHILE YOU WERE CONFINED
IN A JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY?

☑ YES
☐ NO

RMC WEST UNIT

B:) DOES THE JAIL, PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIM(S) AROSE HAVE A GRIEVANCE PROCEEDURE?

☑ YES
☐ NO
☐ DON'T KNOW

C:) DOES THE GRIEVANCE PROCEEDURE AT THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIM(S) AROSE COVER SOME OR ALL OF YOUR CLAIMS?

☐ YES
☐ NO
☑ DON'T KNOW

D:) DID YOU FILE A GRIEVANCE IN THE JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY?

☐ YES
☑ NO

IF NO, DID YOU FILE A GRIEVANCE ABOUT THE EVENTS DESCRIBED IN THIS COMPLAINT AT ANY OTHER JAIL, PRISON, OR OTHER CORRECTIONAL FACILITY?

☐ YES
☑ NO

E:)
"E" IS NON-AP

F:) IF YOU DID NOT FILE A GRIEVANCE:

•) IF THERE ARE ANY REASONS WHY YOU DID NOT FILE A GRIEVANCE, STATE THEM, HERE:

DUE TO FEAR OF RETALIATION THERE WERE NO GRIEVANCES FILED.

2) "2" IS NON-AP.

G:)
"G" IS NON-AP

VIII: PREVIOUS LAWSUITS:

TO THE BEST OF YOUR KNOWLEDGE HAVE YOU HAD A CASE DISMISSED ON THE "THREE STRIKE RULE"?

☐ -YES
☑ NO

CLARENCE GRIFFIN
FDC# P88755
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

Ronald Crow
RONALD CROW
FDC# E47372
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628

A) HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?

☐ YES
☑ NO

B)

"B" IS NON-AP.

## IX    CERTIFICATE AND CLOSING.

UNDER FEDERAL RULE OF CIVIL PROCEEDURE 11, BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT: (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY OR NEEDLESSLY INCREASE THE COST OF LITIGATION; (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFRIVOLOUS ARGUMENT FOR EXTENDING, MODIFING, OR REVERSING EXISTING LAW; (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF SPECIFICALLY SO IDENTIFIED, WILL LIKELY HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPROTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY; AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF RULE 11.

DATE OF SIGNING: 9-29-2020

I AGREE TO PROVIDE THE CLERK'S OFFICE WITH
ANY CHANGES TO MY ADDRESS WHERE CASE-
RELATED PAPERS MAY BE SERVED I UNDERSTAND
THAT MY FAILURE TO KEEP A CURRENT
ADDRESS ON FILE WITH THE CLERK'S OFFICE
MAY RESULT ON THE DISMISSAL OF MY CASE.

BRANDON STEVENS
FDC# U41756
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628


CLARK GRIESHEIMER
FDC# 830175
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628


MICHAEL ELLER
FDC# X70035
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FL 32054-0628